**FILED**

JUN 21 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Frank E Bell 38971-007
Beckley FCI
P.O. Box 1280
Beaver, WV 25813
(Enter your full name, prison number
and address)

v.

U.S. Department of
Justice
Federal Bureau of
Prisons
(Enter the full name and address(es),
if know, of the defendant(s) in this
action)

Case: 1:11-cv-01136
Assigned To : Unassigned
Assign. Date : 6/21/2011
Description: Pro Se Gen. Civil

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

**RECEIVED**
JUN - 2 2011
SUPERIOR COURT

**RECEIVED**
JUN - 2 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

I. **SUCCESSIVE CLAIMS**

    Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II. **PREVIOUS LAWSUITS**

    A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )    No (X)

    B.    Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( )    No (X)

    C.    If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to this previous lawsuit.

            Plaintiffs: _____

            Defendants: _____

        2.    Court (If federal court, please name the district; if state court name the county.)

            _____

        3.    Docket number: _____

        4.    Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: **May 12, 2011**

7. Approximate date of disposition: _____

III. PLACE OF CONFINEMENT

**FCI Beckley West Virginia**

A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (X) No ( )

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? **Ms. D. Trump (Records), W. Westcott (Counselor), Mr. Snow (Unit Manager), Mr. Ray (Case Manager), J. Ziegler (Warden)**

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes (X) No ( )

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) **Furnished.**

4. What happened as a result of your complaint? **Extension of time for response - administrative Remedy.**

D. If your answer is No to Question III B, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? _____

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (×)   No ( )

3. What, if any response did you receive? (Furnish copy of response, if in writing.) _Furnished_

4. What happened as a result of your complaint? _By the the time the Region Respond to my complaint, they will be well over my statutory release Date._

IV. **PARTIES**

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: _Frank E Bell 38971-007_
   Address: _FCI Beckley West VA_

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: _____
   Address: _____

   Defendant: _____
   Address: _____

   Defendant: _____
   Address: _____

   Defendant: _____
   Address: _____

V.  STATEMENT OF CLAIM

State here briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

Federal Bureau of Prisons is in violation of my sentencing guidelines under the commencement of sentence 3585-A criminal procedure. They refuse to compute all my jail credits which has caused an insufficient release date.

This act has caused great anguish for me as an inmate. With proper total prior credit time (jail credits) my release date should be no longer than May 8, 2011

VI.  RELIEF

State briefly exactly what you want the Court to do for you.

I want the court to grant me compensation for everyday I'm held after May 11, 2011 in the amount of $1,000.00 a day

Signed this 5 day of May, 2011.

_____
(Signature of Plaintiff) Frank E Bell

I declare under penalty of perjury that the foregoing is true and correct.

May 5, 2011                                    Frank E Bell
(Date)                                         (Signature of Plaintiff)

n:\Forms\42 USC 1983

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE       FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Records Office | January 14, 2011 |
| FROM: Bell, Frank E | REGISTER NO.: 38971-007 |
| WORK ASSIGNMENT: Orderly | UNIT: Pine A Lower |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Request for copies of my computation sheets. I'm not being credited for jail time. or good time. I've been incarcerated since June 27, 2008. Release date is August 28, 2011.

1/19/11

See updated comp w/ add'tl credit applied. D Trump, SCSI

(Do not write below this line)

DISPOSITION:

Attached Certified Sentence Comp.
Have e-mailed DSC with regard to your jail credit, as I have a question as well. Will advise when I get a response from them.

11 1135
**FILED**
JUN 21 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Signature Staff Member: D Trump, SCSI
Date: 1-14-11

Record Copy - File; Copy - Inmate       This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)     and BP-S148.070 APR 94

**U.S. DEPARTMENT OF JUSTICE**                  **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Bell Frank E**     **38971-007**     **Pine A L**     **Beckley W.V.**
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST**

Request that sentence computation be corrected. I arrived here in Beckley W.V. on 01-6-2009, my computation date began 01-24-2009. I've been incarcerated since 6-27-2008 which gives me 186 total prior credit time, I have a misdemeiner sentence of 90 days for which I received a time served sentence on before I got here. I've only received 68 prior credits, I'm still missing 28 prior credits. With a total GCT earned and projected of 141 and the 29 months I have in on this charge I'm supposed to have a May Satisfaction date not June. Everything I have written is fact and in black and white, corrections must be made before it has to go in legal matters.

March 2, 2011               *Frank E Bell*
DATE                                     SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____                   _____
DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE          CASE NUMBER: **630206-F1**

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____                   _____
DATE                            RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                      PRINTED ON RECYCLED PAPER                    BP-229(13)
                                                                                          APRIL 1982

BEC-1330.13f
May 31, 2006
Attachment A

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI BECKLEY, WEST VIRGINIA

Section 1 - To be completed by the Unit Counselor at the time inmate request Administrative Remedy.

Inmate Name: Frank Bell           Register Number: 38971-007

Assigned Unit: P.A.L.              Counselor: Westcott

Date of Request: 03-02-2011        Date of Incident: _____

Specific Complaint: Sentence computation; time incorrect.

Informal Resolution was / was not accomplished. If not accomplished, inmate issued Request for Administrative Remedy Form. Inmate was advised to review Program Statement 1330.13, Administrative Remedy Program, to ensure compliance with filing procedures.

X Frank Bell  38971-007         03-02-2011
Inmate Signature / Register Number   Date

Counselor Signature              03-02-2011
                                  Date

Section 2 - To be completed by the Counselor when inmate submits Request for Administrative Remedy Form.

Date Submitted: 03-02-2011

Was issue discussed with the inmate: YES / NO. If no, reason: _____

Were staff or departments noted in Administrative Remedy contacted: YES / NO.

If no, reason. If yes, response: Unable to resolve at institution level.

Informal Resolution was / was not accomplished. If not accomplished, staff submitted Request for Administrative Remedy Form to Administrative Remedy Coordinator.

X Frank Bell  38971-007         03-02-2011
Inmate Signature / Register Number   Date

Counselor Signature              03-02-2011
                                  Date

Westcott for
Unit Manager Signature           03-02-2011
                                  Date

**REQUEST FOR ADMINISTRATIVE REMEDY**                                    BEC-630206-F1

Your Request for Administrative Remedy received March 11, 2011, regarding the application of jail credit has been reviewed. Specifically, you contend you should receive an additional 28 days of jail credit.

Initial review of your file by the records office revealed you were in service of a 90 day misdemeanor sentence, Case No. 2008 CMD-017648, ordered consecutive to Case No. 2008 CF2-014599, the 36 month sentence you are currently serving. Additionally, the 90 day misdemeanor sentence was ordered consecutive to Case No. 2008 CMD-009451, the 180 day misdemeanor sentence which was ordered concurrent to the 36 month sentence.

The Designation and Sentence Computation Center certified the 36 month sentence on June 11, 2009, applying 7 days prior custody credit (June 27, 2008 to July 3, 2008), with a projected release date of August 28, 2011. The records office determined you were eligible for additional prior custody credits of 61 days, as the 180 day misdemeanor sentence was concurrent to the 36 months, and contacted DSCC in regard to the applicability of additional prior custody credits to your sentence. Subsequently, your sentence computation was re-certified on January 19, 2011, awarding 68 days of prior custody, and with a projected release date of June 28, 2011. With the application of the additional 61 days of prior custody credit, your sentence computation is deemed accurate.

Your request for administrative relief is denied. If dissatisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, Mid-Atlantic Region, 302 Sentinel Drive, Suite 200, Annapolis Junction, Maryland 20701, within twenty (20) calendar days of the date of this response.

3-25-11
Date

Joel Ziegler, Warden

delivered by
unit team
03-30-2011
PAL/CCC

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: APRIL 14, 2011

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : FRANK E BELL, 38971-007
      BECKLEY FCI    UNT: PINE    QTR: P01-905L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

```
REMEDY ID       : 630206-R1
DATE RECEIVED   : APRIL 4, 2011
RESPONSE DUE    : JUNE 3, 2011
SUBJECT 1       : OTHER SENTENCE COMPUTATION
SUBJECT 2       :
INCIDENT RPT NO:
```

Attorney Chakes, Owen

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
V.

BELL, FRANK E

JUDGMENT IN A CRIMINAL CASE

Case Number: 2008 CF2 014599
PDID No. 360268

## THE DEFENDANT:

☒ ENTERED A PLEA OF GUILTY TO COUNT (S) 1

☐ WAS FOUND GUILTY ON COUNT (S) _____
AFTER A PLEA OF NOT GUILTY.

| Count | Nature of Charges | Title & Section | Date of Offense |
|-------|-------------------|-----------------|-----------------|
| 1 | Distribution Of a Controlled Substance-Cocaine | | 06/27/2008 |

### SENTENCE OF THE COURT

As to Count 1: Thirty-six (36) months in prison; followed by five (5) years of supervised release. Sentence is to run concurrently with sentence in case: 2008 CMD 008451.

☒ The defendant is hereby committed to the custody of the Attorney General to be imprisoned for a total term of thirty-six (36) months    ☐ MANDATORY MINIMUM term of _____ applies.

☒ Upon release from imprisonment, the defendant shall be on supervised release for a term of five (5) years

☐ The Court makes the following recommendations to the Bureau of Prisons.

☐ The Defendant is also ordered placed on probation - See page 2 of this order for conditions of probation

Costs in the aggregate amount of $100.00 dollars have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have  ☒ have not been paid

November 21, 2008
Date

Judge
Judge J. Ramsey Johnson
Name and Title of Judicial Officer

Certification by Clerk pursuant to Criminal Rule 32(d)

November 21, 2008
Date

Eric Barreto - Courtroom Clerk
Deputy Clerk

Defendant delivered 1/6/09
to FCI Beckley, Beaver, WV.
Ja Hornee, QSO

Case: 2008 CF2 014599

```
   BECGD   540*23 *              SENTENCE MONITORING              *    02-28-2011
PAGE 001          *                COMPUTATION DATA               *    15:38:58
                                  AS OF 02-28-2011

REGNO..: 38971-007 NAME: BELL, FRANK E


FBI NO..........: 560338DA0            DATE OF BIRTH: 03-17-1966
ARS1............: BEC/A-DES
UNIT............: PINE                 QUARTERS.....: P01-905L
DETAINERS.......: YES                  NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 03-12-2011

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-28-2011 VIA GCT REL

REMARKS........: RELEASE AUDIT COMPLETED ON 01-19-2011 BY DSCC

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 2008 CF2 014599
JUDGE...........................: JOHNSON
DATE SENTENCED/PROBATION IMPOSED: 11-21-2008
DATE COMMITTED..................: 01-06-2009
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO

                FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.: $00.00          $00.00           $00.00          $100.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  620
OFF/CHG: 48-904.01 DISTRIBUTION OF A CONTROLLED SUBSTANCE-COCAINE

 SENTENCE PROCEDURE.............: DC SRAA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    36 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 DATE OF OFFENSE................: 06-27-2008




   G0002        MORE PAGES TO FOLLOW . . .
```

```
   BECGD   540*23  *          SENTENCE MONITORING          *    02-28-2011
PAGE 002          *             COMPUTATION DATA           *    15:38:58
                                AS OF 02-28-2011

REGNO..: 38971-007 NAME: BELL, FRANK E


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-19-2011 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-19-2011 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-24-2009
TOTAL TERM IN EFFECT............:    36 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 06-27-2008

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     06-27-2008    07-03-2008
                                     08-27-2008    10-26-2008

TOTAL PRIOR CREDIT TIME.........: 68
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 141
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 06-28-2011
EXPIRATION FULL TERM DATE.......: 11-16-2011


PROJECTED SATISFACTION DATE.....: 06-28-2011
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: SERVING MISD SENTENCE 08 CMD 17548 UNTIL 01-24-2009
                RE-COMPUTED TO CHANGE JAIL CREDIT ON 01-13-2011.










   G0002          MORE PAGES TO FOLLOW . . .
```

```
  BECGD   540*23 *            SENTENCE MONITORING          *      02-28-2011
PAGE 003 OF 003 *              COMPUTATION DATA            *      15:38:58
                              AS OF 02-28-2011

REGNO..: 38971-007 NAME: BELL, FRANK E


---------------------------- CURRENT DETAINERS: ----------------------------

DETAINER NO..: 001
DATE LODGED..: 11-30-2010
JURISDICTION.: STATE OF VIRGINIA
AUTHORITY....: ARLINGTON COUNTY, VA SHERIFF
CHARGES......: WARRANT FOR PROBATION VIOLATION




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```