IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

FRANK E. BELL,

           Plaintiff,

v.                                            CIVIL ACTION NO.   5:11-cv-00560

U.S. DEPARTMENT OF JUSTICE and
FEDERAL BUREAU OF PRISONS,

           Defendants.


**MEMORANDUM OPINION AND ORDER**


The Court has reviewed the Plaintiff's *Complaint for Violation of Civil Rights* (Document 1) and *Application to Proceed Without Prepayment of Fees and Affidavit* (Document 2) filed on June 21, 2011, in the District of Columbia.  On August 17, 2011, the District of Columbia transferred the matter to the Southern District of West Virginia.   (Document 3).

By *Standing Order* (Document 5) entered on August 17, 2011, this action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court of  proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636. On August 29, 2013, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 8) wherein it is recommended that this Court deny the Plaintiff's *Application to Proceed Without Prepayment of Fees and Affidavit* (Document 2), dismiss the Plaintiff's *Complaint* (Document 1), and remove this matter from the Court's docket.  Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by September 16, 2013.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*.   The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.   *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and the Petitioner's right to appeal this Court's Order.   28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Plaintiff's *Application to Proceed Without Prepayment of Fees and Affidavit* (Document 2) be **DENIED**, the Plaintiff's *Complaint* (Document 1) be **DISMISSED**, and this matter be **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge VanDervort, counsel of record, and any unrepresented party.

ENTER:        September 17, 2013

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

2